UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAY KERLEY,

    Plaintiff,

v.

MOBILEIRON INC., et al.,

    Defendants.

Case No. 15-cv-04416-VC

**ORDER GRANTING MOTION TO REMAND**

Re: Dkt. No. 13

The motion to remand is granted for the reasons stated in *Liu v. Xoom Corp.*, No. 15-cv-00602-LHK, 2015 WL 3920074 (N.D. Cal. June 25, 2015), and *Plymouth County Retirement System v. Model N, Inc.*, No. 14-cv-04516-WHO, 2015 WL 65110 (N.D. Cal. Jan. 5, 2015). This action is remanded to Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: November 30, 2015

VINCE CHHABRIA
United States District Judge